**Electronically Filed
Supreme Court
SCWC-23-0000106
14-JUL-2025
08:41 AM
Dkt. 13 ODSAC**

SCWC-23-0000106

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

HOWARD HOFELICH,
Petitioner/Plaintiff-Appellant,

vs.

STATE OF HAWAI'I DCCA and DLNR; DENNIS KRUEGER, ESQ.;
ASHFORD & WRISTON LAW CORPORATION; DAVID KAAPU, ESQ.;
STEPHEN WITTAKER, ESQ.; CARL VINCENTI; JUNG & VASSAR LAW
CORPORATION; RONALD IBARRA; UNITED STATES COAST GUARD VESSEL
DOCUMENTATION CENTER (USCGVDC); DAVID LAWTON, ESQ.,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000106; CASE. NO. 3CCV-21-0000297)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

It appearing that the judgment on appeal in the above-referenced matter not having been filed by the Intermediate Court of Appeals at the time the application for writ of certiorari was filed, see Hawai'i Revised Statutes § 602-59(a) (2017); see also Hawai'i Rules of Appellate Procedure (HRAP) Rule 36(b)(1) (2016),

It is hereby ordered that Petitioner/Plaintiff-Appellant's application for writ of certiorari, filed July 11, 2025, is dismissed without prejudice to re-filing the application pursuant to HRAP Rule 40.1(a) (2023) ("The application shall be filed within thirty days after the filing of the intermediate court of appeals' judgment on appeal or dismissal order, unless the time for filing the application is extended in accordance with this rule.").

DATED: Honolulu, Hawaiʻi, July 14, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

